IN THE UNITED STATES DISTRICT COURT
                      FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

United States of America

    v.                                      2:12-cr-98

Charles J. Estep

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 20) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1, 2 and 3 of the information, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: May 30, 2012                        s\James L. Graham
                                                      James L. Graham
                                                      United States District Judge